IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| LARRY D. WILLIAMS, | * | |
| Petitioner, | * | |
| v. | * | CASE NO: 4:06-CV-117 (CDL) |
| CYNTHIA NELSON, Warden, | * | Proceeding Under 28 U.S.C. § 2254 |
| Respondent. | * | |

## REPORT AND RECOMMENDATION

Petitioner has filed the above-styled habeas corpus proceeding brought pursuant to 28 U.S.C. § 2254. Along with his application, Petitioner has moved this Court to allow him to proceed *in forma pauperis*. The affidavit submitted in support of his request is sufficient on its face to allow him to so proceed. Accordingly, Petitioner's application to proceed *in forma pauperis* is hereby **GRANTED.**

## DISCUSSION

Petitioner's application for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254, however, is before this court for preliminary consideration under Rule 4 of the Rules Governing Section 2254 Proceedings For The United States District Courts. After preliminary examination, it appears that the current § 2254 application is successive.

A review of Petitioner's previous filings reveals that the current § 2254 application is Petitioner's second attempt at federal habeas relief for his April 4, 2001 conviction on two counts of child molestation. Petitioner's record reveals that he pled guilty in the Muscogee County Superior Court to two counts of child molestation and was sentenced to twenty years

of imprisonment by that court on April 4, 2001. Petitioner filed no direct appeal of his guilty plea conviction and sentence. Petitioner then filed a State habeas corpus petition attacking his conviction in Mitchell County Superior court on an unspecified date, and the same was denied in May of 2002. Petitioner applied to the Georgia Supreme Court for certificate of probable cause to appeal which was denied on November 25, 2002. Petitioner Williams then timely filed the previous federal application for writ of habeas corpus pursuant to 28 U.S.C. § 2254 in this Court on December 16, 2002. In his first § 2254 application, Case Number 4:02-CV-188, the court reviewed Petitioner's petition on the merits but found that Petitioner was not entitled to habeas relief. On April 25, 2003, Petitioner's application was denied and that Order was made the judgement of the Court on April 28, 2003. Petitioner's request for a certificate of appealability was thereafter denied by this Court and also by the Eleventh Circuit Court of Appeals.

Title 28, U.S.C. § 2244(b)(3)(A) provides that "[b]efore a second or successive application permitted by this section is filed in the district court, the applicant shall move in the appropriate court of appeals for an order authorizing the district court to consider the application." Therefore, this court is without jurisdiction to review Petitioner's § 2254 petition until such time as the Eleventh Circuit Court of Appeals grants his motion to file a second or successive petition.

THEREFORE, IT IS HEREBY RECOMMENDED that Petitioner's present action be DISMISSED WITHOUT PREJUDICE for Petitioner to seek authorization to file this application in the District Court. Pursuant to 28 U.S.C. § 636 (b)(1), Petitioner may serve

and file written objections to this Recommendation with the United States District Judge WITHIN TEN (10) DAYS after being served with a copy hereof.

**SO RECOMMENDED,** this 1st day of November 2006.

                                                S/ G. MALLON FAIRCLOTH
                                                UNITED STATES MAGISTRATE JUDGE

sWe