```
             IN THE UNITED STATES DISTRICT COURT
                 MIDDLE DISTRICT OF GEORGIA
                       COLUMBUS DIVISION
```

LARRY D. WILLIAMS,                *

       Petitioner,              *

vs.                               *
                                   CASE NO. 4:06-CV-117 (CDL)
CYNTHIA NELSON, Warden,           *

       Respondent.              *

                                    *

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on November 1, 2006, is hereby approved, adopted, and made the Order of the Court.

IT IS SO ORDERED, this 8th day of January, 2007.

                                            S/Clay D. Land
                                              CLAY D. LAND
                                   UNITED STATES DISTRICT JUDGE