```
                IN THE UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF GEORGIA
                        COLUMBUS DIVISION
```

LARRY D. WILLIAMS,                  *

     Petitioner,              *

vs.                                 *
                                      CASE NO. 4:06-CV-117 (CDL)

CYNTHIA NELSON, Warden,             *

     Respondent.              *

                                 *

<u>ORDER ON REPORT AND RECOMMENDATION</u>
<u>OF UNITED STATES MAGISTRATE JUDGE</u>

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on November 1, 2006, is hereby approved, adopted, and made the Order of the Court.

IT IS SO ORDERED, this 8th day of January, 2007.

                                                    <u>S/Clay D. Land</u>
                                                        CLAY D. LAND
                                                 UNITED STATES DISTRICT JUDGE